UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Michael J. McKellar

    v.                                          Civil No. 12-cv-347-PB

Loveland Trucking Co., LLC

## ORDER GRANTING MOTION TO PROCEED
### *IN FORMA PAUPERIS*

The plaintiff, an inmate at Hillsborough County Department of Corrections ("Institution"), has filed a motion to proceed *in forma pauperis* in the above-captioned case and an inmate account statement signed by an authorized individual from the Institution indicating the plaintiff's current balance of $0. Plaintiff has also submitted a signed consent form indicating consent to permit inmate accounts to make court-ordered payments on his behalf.

The motion to proceed *in forma pauperis* is GRANTED. While 28 U.S.C. § 1915(b)(1) requires the court assess an initial filing fee, given the plaintiff's current balance is $0 there shall be no initial filing fee assessed. Going forward, however, the plaintiff shall be responsible for monthly payments of 20% of each preceding month's income credited to his account, which shall be remitted by the Institution when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid. 28 U.S.C. § 1915(b)(2).

The monthly payments as outlined above shall be forwarded to the Clerk of Court by the Institution in accordance with this Order. A copy of this Order, along with a copy of the signed

Prisoner Consent Form (doc. no. 2), shall be forwarded by the Court to the Institution's inmate accounts department.

  SO ORDERED.

            _____
            Landya B. McCafferty
            United States Magistrate Judge

December 13, 2012

cc: Michael J. McKellar, pro se
   Inmate Accounts, Hillsborough County Department of Corrections